ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for Defendant
    State of New Jersey.

By:  David B. Bender
     Deputy Attorney General
     (609) 777-3609

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| SHANNON TAYLOR, | Civil Action No. 08-4651 (JAG) |
| Plaintiff, | |
| v. | ORDER |
| STATE OF NEW JERSEY, ESSEX COUNTY, CITY OF NEWARK, NEWARK POLICE DEPARTMENT, VERNON TAYLOR, individually, KYLE BOWMAN, individually, and MARY LOUIS BAILEY, individually. | |
| Defendants. | |

     This matter having come before the Court on motion of Anne Milgram, Attorney General of New Jersey, by David B. Bender, Deputy Attorney General, appearing on behalf of Defendant, the State of New Jersey, pursuant to Fed.R.Civ.P. 6(b)(1), and the Court having considered the papers submitted herein and in

opposition thereto, if any, this matter being decided under Fed.R.Civ.P. 78, and for good cause shown;

IT IS on this 15th day of December, 2009;

ORDERED that Defendants, the State of New Jersey is hereby granted leave to answer, move, or otherwise reply to the Complaint in the above matter until thirty days after entry of this Order.

_____
Hon. Joseph A. Greenaway, Jr.
U.S. District Judge